| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>I. MARK COHEN LAW GROUP<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive Suite 6<br>Tinton Falls, NJ 07701<br>T: 732-741-9500<br>F: 732-741-0226<br>E: JGC@imclawgroup.com | Order Filed on August 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph & Caryn Aretino | Case No.:   18-23657<br><br>Chapter:   13<br><br>Hearing Date: _____<br><br>Judge:   KCF |

**ORDER GRANTING MOTION TO EXTEND THE STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: August 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Extend the Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The Stay is Extended another 60 days beyond the 30 day period to permit the Debtor to apply for loss mitigation.