**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph & Caryn Aretino

Case No.:     18-23657

Chapter:          13

Hearing Date: _____

Judge:          KCF

## ORDER GRANTING MOTION TO EXTEND THE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: August 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the movant's Motion to Extend the Stay, and any related responses or objections, it is hereby

ORDERED that:

1.  The Stay is Extended another 60 days beyond the 30 day period to permit the Debtor to apply for loss mitigation.

United States Bankruptcy Court
District of New Jersey

In re:
Joseph C. Aretino                                                    Case No. 18-23657-KCF
Caryn A. Aretino                                                     Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 13, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb          +Joseph C. Aretino,   Caryn A. Aretino,   70 Jackson Street,   Long Branch, NJ 07740-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Jonathan  Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino
           imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
          Jonathan  Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino
           imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5