Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 18−23657−KCF
                  Chapter: 13
                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph C. Aretino                                   Caryn A. Aretino
   70 Jackson Street                                    70 Jackson Street
   Long Branch, NJ 07740                      Long Branch, NJ 07740

Social Security No.:
   xxx−xx−5542                                       xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       10/4/18
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Jonathan G. Cohen, Esq., Debtor's Attorney

COMMISSION OR FEES
$7,867.55

EXPENSES
$797.48

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 30, 2018
JAN:

                                                                Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joseph C. Aretino
Caryn A. Aretino
    Debtors

Case No. 18-23657-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2018
Form ID: 137     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
```
db/jdb         +Joseph C. Aretino,    Caryn A. Aretino,    70 Jackson Street,    Long Branch, NJ 07740-5845
517633706      +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
517633695      +Brian Ansell, Esq.,    Ansell Grimm & Aaron, P.C.,    1500 Lawrence Avenue,
                 Ocean, NJ 07712-7629
517633699      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
517633703      +Schebell & Schebell, LLC,    655 Shrewsbury Ave.,    Suite 314,    Shrewsbury, NJ 07702-4151
517633704      +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway-Suite 302,
                 Roseland, NJ 07068-1640
517633705      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517633707      +Us Dept. of HUD,    451 7th St. SW,    Washington, DC 20410-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2018 23:03:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517633697       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:08:11      Capital One,
                 15000 Capital One Dr.,    Richmond, VA 23238
517633701       E-mail/Text: BankruptcyNotices@aafes.com Aug 30 2018 23:02:14      Military Star/AAFES,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
517633700       E-mail/Text: BankruptcyNotices@aafes.com Aug 30 2018 23:02:14      Military Star/AAFES,
                 Attention: Bankruptcy,    Po Box 650060,    Dallas, TX 75265
517657144       E-mail/Text: BankruptcyNotices@aafes.com Aug 30 2018 23:02:15
                 Army & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd,
                 Dallas, TX 75236
517633696      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:08:42      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517671501       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:08:42
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517633698      +Fax: 602-659-2196 Aug 30 2018 23:32:58      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517633702       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:19:55
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Norfolk, VA 23502
                                                                                              TOTAL: 10
```

     ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```