Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23657–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Aretino
70 Jackson Street
Long Branch, NJ 07740

Caryn A. Aretino
70 Jackson Street
Long Branch, NJ 07740

Social Security No.:
xxx–xx–5542

xxx–xx–0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/10/18 at 09:00 AM

to consider and act upon the following:

32 − Notice of Request for Loss Mitigation re:Bank of America, filed by Jonathan Goldsmith Cohen on behalf of Caryn A. Aretino, Joseph C. Aretino. Objection deadline is 10/1/2018. (Attachments: # 1 Proposed Order) (Goldsmith Cohen, Jonathan)

Dated: 9/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court