Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−23657−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Aretino
70 Jackson Street
Long Branch, NJ 07740

Caryn A. Aretino
70 Jackson Street
Long Branch, NJ 07740

Social Security No.:
  xxx−xx−5542                                          xxx−xx−0166

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/10/18 at 09:00 AM

to consider and act upon the following:

*32* − Notice of Request for Loss Mitigation re:Bank of America, filed by Jonathan Goldsmith Cohen on behalf of Caryn A. Aretino, Joseph C. Aretino. Objection deadline is 10/1/2018. (Attachments: # 1 Proposed Order) (Goldsmith Cohen, Jonathan)

Dated: 9/18/18

                                                                        Jeanne Naughton
                                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph C. Aretino  
Caryn A. Aretino  
      Debtors

Case No. 18-23657-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2018  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.  
db/jdb     +Joseph C. Aretino,    Caryn A. Aretino,    70 Jackson Street,    Long Branch, NJ 07740-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:  
      Albert Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      Jonathan Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino  
       imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com  
      Jonathan Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino  
       imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com  
      Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 6