Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 18−23657−KCF
                            Chapter: 13
                            Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph C. Aretino                                          Caryn A. Aretino
   70 Jackson Street                                         70 Jackson Street
   Long Branch, NJ 07740                          Long Branch, NJ 07740

Social Security No.:
   xxx−xx−5542                                                xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      4/18/19
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan G. Cohen, Esq., Debtor's Attorney

COMMISSION OR FEES
$6,791.70

EXPENSES
$72.50

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 7, 2019
JAN:

                                                              Jeanne Naughton
                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 18-23657-KCF
Joseph C. Aretino                                          Chapter 13
Caryn A. Aretino
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Mar 07, 2019
                              Form ID: 137             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db/jdb         +Joseph C. Aretino,    Caryn A. Aretino,    70 Jackson Street,    Long Branch, NJ 07740-5845
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm             +Bank of America,    P.o. Box 31785,    Tampa, FL 33631-3785
517633706      +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
517743959       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517633695      +Brian Ansell, Esq.,    Ansell Grimm & Aaron, P.C.,    1500 Lawrence Avenue,
                 Ocean, NJ 07712-7629
517633699      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
517633703      +Schebell & Schebell, LLC,    655 Shrewsbury Ave.,    Suite 314,    Shrewsbury, NJ 07702-4151
517633704      +Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway-Suite 302,
                 Roseland, NJ 07068-1640
517633705      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517633707      +Us Dept. of HUD,    451 7th St. SW,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2019 00:00:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2019 00:00:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517633697       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 00:04:14     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517633701       E-mail/Text: BankruptcyNotices@aafes.com Mar 07 2019 23:59:33     Military Star/AAFES,
                 3911 S Walton Walker Blv,    Dallas, TX 75236
517633700       E-mail/Text: BankruptcyNotices@aafes.com Mar 07 2019 23:59:33     Military Star/AAFES,
                 Attention: Bankruptcy,    Po Box 650060,    Dallas, TX 75265
517657144       E-mail/Text: BankruptcyNotices@aafes.com Mar 07 2019 23:59:33
                 Army & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd,
                 Dallas, TX 75236
517633696      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 00:04:15     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517671501       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 00:06:06
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517633698      +Fax: 602-659-2196 Mar 08 2019 00:03:37     Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517633702       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:17:07
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Norfolk, VA 23502
517743268       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:04:20
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517750281       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:04:17
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 07, 2019
                              Form ID: 137             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

```
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan    Goldsmith Cohen     on behalf of Joint Debtor Caryn A. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan    Goldsmith Cohen     on behalf of Debtor Joseph C. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald     on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```