UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

Order Filed on April 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH AND CARYN ARETINO

Case No.: 18-23657

Chapter: 13

Judge: KCF

---

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan G. Cohen, Esq._____, the applicant, is allowed a fee of $ _____6,791.70_____ for services rendered and expenses in the amount of $_____72.50_____ for a total of $_____6,864.20_____ . The allowance is payable:

☒ $6,864.20 through the Chapter 13 plan as an administrative priority.

☐ $0.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_2,500.00\_\_\_\_ per month for \_\_\_\_\_52\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*