Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23657−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Aretino
70 Jackson Street
Long Branch, NJ 07740

Caryn A. Aretino
70 Jackson Street
Long Branch, NJ 07740

Social Security No.:
xxx−xx−5542

xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/12/19 at 09:00 AM

to consider and act upon the following:

*63* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Objection deadline is 5/15/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

Dated: 5/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court