UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226

**Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH & CARYN ARETINO

Case No.: 18-23657

Chapter: 13

Judge: MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 6/1/2020 :

Property: 70 Jackson St., Long Branch, NJ 07740

Creditor: Bank of America

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Jonathan G. Cohen, Esq , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including September 1, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-23657-MBK
Joseph C. Aretino                                                   Chapter 13
Caryn A. Aretino
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Jun 09, 2020
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db/jdb         +Joseph C. Aretino,   Caryn A. Aretino,   70 Jackson Street,   Long Branch, NJ 07740-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7