Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23657−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Aretino
70 Jackson Street
Long Branch, NJ 07740

Caryn A. Aretino
70 Jackson Street
Long Branch, NJ 07740

Social Security No.:
xxx−xx−5542

xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 26, 2018.

On 2/1/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: March 10, 2021
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 2, 2021
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-23657-MBK
Joseph C. Aretino  Chapter 13
Caryn A. Aretino
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2021 | Form ID: 185 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C. Aretino, Caryn A. Aretino, 70 Jackson Street, Long Branch, NJ 07740-5845 |
| aty | #+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| lm | + | Bank of America, P.o. Box 31785, Tampa, FL 33631-3785 |
| 517633706 | + | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 517743959 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517633695 | + | Brian Ansell, Esq., Ansell Grimm & Aaron, P.C., 1500 Lawrence Avenue, Ocean, NJ 07712-7629 |
| 517633699 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517633703 | + | Schebell & Schebell, LLC, 655 Shrewsbury Ave., Suite 314, Shrewsbury, NJ 07702-4151 |
| 517633704 | + | Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway-Suite 302, Roseland, NJ 07068-1640 |
| 517633705 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517633697 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 21:28:09 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517633701 | | Email/Text: BankruptcyNotices@aafes.com | Feb 02 2021 21:29:00 | Military Star/AAFES, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 517633700 | | Email/Text: BankruptcyNotices@aafes.com | Feb 02 2021 21:29:00 | Military Star/AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 517657144 | | Email/Text: BankruptcyNotices@aafes.com | Feb 02 2021 21:29:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 517633696 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 21:27:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671501 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 21:27:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517633698 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Feb 02 2021 21:30:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517633702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 21:27:53 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 517743268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  | Feb 02 2021 21:27:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 517750281 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 21:27:53 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517633707 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 02 2021 21:27:34 | Us Dept. of HUD, 451 7th St. SW, Washington, DC 20410-0001 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

**Name**               **Email Address**
Albert Russo
                       on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                       docs@russotrustee.com

Denise E. Carlon
                       on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan Goldsmith Cohen
                       on behalf of Joint Debtor Caryn A. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
                       on behalf of Debtor Joseph C. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Kevin Gordon McDonald
                       on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7