Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−23657−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph C. Aretino<br>70 Jackson Street<br>Long Branch, NJ 07740 | Caryn A. Aretino<br>70 Jackson Street<br>Long Branch, NJ 07740 |

Social Security No.:
   xxx−xx−5542                                                xxx−xx−0166

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 15, 2021.

Dated: March 15, 2021
JAN: bwj

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 18-23657-MBK

Joseph C. Aretino                                                                    Chapter 13

Caryn A. Aretino

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                  Page 1 of 2
Date Rcvd: Mar 15, 2021                    Form ID: plncf13                           Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C. Aretino, Caryn A. Aretino, 70 Jackson Street, Long Branch, NJ 07740-5845 |
| aty | #+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| lm | + | Bank of America, P.o. Box 31785, Tampa, FL 33631-3785 |
| 517633706 | + | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 517743959 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517633695 | + | Brian Ansell, Esq., Ansell Grimm & Aaron, P.C., 1500 Lawrence Avenue, Ocean, NJ 07712-7629 |
| 517633699 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517633703 | + | Schebell & Schebell, LLC, 655 Shrewsbury Ave., Suite 314, Shrewsbury, NJ 07702-4151 |
| 517633704 | + | Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway-Suite 302, Roseland, NJ 07068-1640 |
| 517633705 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2021 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2021 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517633697 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 16 2021 00:11:27 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517633701 | | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2021 21:11:00 | Military Star/AAFES, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 517633700 | | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2021 21:11:00 | Military Star/AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 517657144 | | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2021 21:11:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 517633696 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 15 2021 23:58:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671501 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 15 2021 23:58:50 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517633698 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 15 2021 21:12:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517633702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2021 00:11:58 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 517743268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: plncf13 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| | | Mar 16 2021 00:11:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517750281 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2021 23:48:36 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517633707 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 15 2021 23:48:08 | Us Dept. of HUD, 451 7th St. SW, Washington, DC 20410-0001 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Caryn A. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Joseph C. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7