Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−23657−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Aretino  
70 Jackson Street  
Long Branch, NJ 07740

Caryn A. Aretino  
70 Jackson Street  
Long Branch, NJ 07740

Social Security No.:  
xxx−xx−5542    xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    10/27/21  
Time:    01:00 PM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Jonathan Goldsmith Cohen, Debtor's Attorney,

COMMISSION OR FEES  
fee: $4212.60

EXPENSES  
expenses: $110.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 16, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph C. Aretino  
Caryn A. Aretino  
    Debtors

Case No. 18-23657-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Sep 16, 2021     Form ID: 137     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C. Aretino, Caryn A. Aretino, 70 Jackson Street, Long Branch, NJ 07740-5845 |
| lm | + | Bank of America, P.o. Box 31785, Tampa, FL 33631-3785 |
| 517633706 | + | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 517743959 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 517633695 | + | Brian Ansell, Esq., Ansell Grimm & Aaron, P.C., 1500 Lawrence Avenue, Ocean, NJ 07712-7629 |
| 517633699 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517633703 | + | Schebell & Schebell, LLC, 655 Shrewsbury Ave., Suite 314, Shrewsbury, NJ 07702-4151 |
| 517633704 | + | Stern Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway-Suite 302, Roseland, NJ 07068-1640 |
| 517633705 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517633697 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:28 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517633701 | | Email/Text: BankruptcyNotices@aafes.com | Sep 16 2021 20:30:00 | Military Star/AAFES, 3911 S Walton Walker Blv, Dallas, TX 75236 |
| 517633700 | | Email/Text: BankruptcyNotices@aafes.com | Sep 16 2021 20:30:00 | Military Star/AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 517657144 | | Email/Text: BankruptcyNotices@aafes.com | Sep 16 2021 20:30:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 517633696 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671501 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 20:33:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517633698 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 16 2021 20:30:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517633702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 20:33:18 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 517743268 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 18-23657-MBK    Doc 101    Filed 09/18/21    Entered 09/19/21 00:10:33    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2021 | Form ID: 137 | Total Noticed: 22 |

| | | Sep 16 2021 20:33:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 517750281 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 20:33:18 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517633707 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 16 2021 20:33:17 | Us Dept. of HUD, 451 7th St. SW, Washington, DC 20410-0001 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Caryn A. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Joseph C. Aretino imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor BANK OF AMERICA N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7