UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com
Attorney for Debtors

In Re:

JOSEPH C. ARETINO and
CARYN A. ARETINO,
                                    Debtors.

Case No.:       18-23657

Chapter:        13

Adv. No.:       _____

Hearing Date:   _____

Judge:          MBK

## CERTIFICATION OF SERVICE

1. I, __Jonathan Goldsmith Cohen__ :

   ☒ represent __Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 5, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Corrected Order Shortening Time, Notice of Motion for an Order Approving Refinance of Mortgage, Certification in Support, Exhibit: Conditional Mortgage Approval, Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __9/5/23__                        /s/ Jonathan G. Cohen
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph C. Aretino<br>Caryn A. Aretino<br>70 Jackson Street<br>Long Branch, NJ 07740 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |