# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| IN RE: | CASE NO: 18-23657 |
|---|---|
| JOSEPH C. ARETINO<br>CARYN A. ARETINO | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 111 |

On 9/5/2023, I did cause a copy of the following documents, described below,

Order Shortening Time, Notice of Motion for an Order Approving Refinance, Certification and proposed Order ECF Docket Reference No. 111

to be served for delivery by the United States Postal Service, via One Day Express United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/5/2023

/s/ Jonathan Goldsmith Cohen
Jonathan Goldsmith Cohen
Attorney for Debtor
I. Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ  07701
732 741 9500
tricia@imclawgroup.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO: 18-23657 |
| JOSEPH C. ARETINO<br>CARYN A. ARETINO | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 111 |

On 9/5/2023, a copy of the following documents, described below,

Order Shortening Time, Notice of Motion for an Order Approving Refinance, Certification and proposed Order ECF Docket Reference No. 111

were deposited for delivery by the United States Postal Service, via One Day Express United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/5/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan Goldsmith Cohen
I. Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ  07701

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

EXPRESS (1 DAY) EJ 478 319 115 US      EXPRESS (1 DAY) EJ 478 319 124 US      EXPRESS (1 DAY) EJ 478 319 138 US
ALBERT RUSSO                           BANK OF AMERICA                        KEVIN G. MCDONALD, ESQUIRE
CHATER 13 TRUSTEE                      100 NORTH TYRON STREET                 KML LAW GROUP, PC
CN 4853                                CHARLOTTE NC 28255                     216 HADDON AVENUE, STE 406
TRENTON NJ 08650-4853                                                         WESTMONT NJ 08108


EXPRESS (1 DAY) EJ 478 319 141 US
US DEPT. OF HUD
451 7TH ST. SW
WASHINGTON DC 20410
```