| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Joseph C. Aretino**<br>**Caryn A. Aretino** | Case No.    **18-23657**<br><br>Chapter:    **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Joseph C. Aretino**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **November 22, 2023**         /s/ **Joseph C. Aretino**
                                    **Joseph C. Aretino**
                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Joseph C. Aretino**<br>**Caryn A. Aretino** | Case No.   **18-23657**<br>Chapter:   **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Caryn A. Aretino**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **November 22, 2023**          /s/ **Caryn A. Aretino**
                                       **Caryn A. Aretino**
                                       Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18